UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| INEZLEE FELICIANO and AMANDA CARDONA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JPJ FRANKLIN LLC, PENN BURGERS, LLC, and SUNRISE BURGERS, LLC,<br><br>Defendants. | Case No. 25 Civ. 1929 (RER) (LKE) |

**NOTICE OF APPEARANCE**
**FOR TROY L. KESSER**

PLEASE TAKE NOTICE that, I, Troy L. Kessler, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
April 10, 2025

Respectfully submitted,

By: /s/ Troy L. Kessler
      Troy L. Kessler

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiffs and the Putative Collective and Class Actions*