AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Inezlee Feliciano, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-01929 |
| JPJ Franklin LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Inezlee Feliciano and Amanda Cardona ("Plaintiffs")                                    .

Date:      04/11/2025

/s/ Sally J. Abrahamson
*Attorney's signature*

Sally J. Abrahamson (SA3954)
*Printed name and bar number*

Werman Salas P.C.
609 H Street NE, 4th Floor
Washington, D.C. 20002
*Address*

sabrahamson@flsalaw.com
*E-mail address*

(202) 830-2016
*Telephone number*

(312) 419-1025
*FAX number*