UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INEZLEE FELICIANO and AMANDA CARDONA,

                                      Plaintiffs,

-against-

JPJ FRANKLIN LLC, PENN BURGERS, LLC, and
SUNRISE BURGERS, LLC,

                                      Defendants.
------------------------------------------------------------------X

**Case No.: 1:25-cv-1929 (RER) (LKE)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       April 27, 2025

                                               Respectfully submitted,

                                               **SAGE LEGAL LLC**

                                               By: */s/ Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                           Jamaica, NY 11423-2327
                                           (718) 412-2421 (office)
                                           (917) 807-7819 (cellular)
                                           (718) 489-4155 (facsimile)
                                           emanuel@sagelegal.nyc

                                           *Attorneys for Defendants*
                                           *JPJ Franklin LLC*
                                           *Penn Burgers, LLC and*
                                           *Sunrise Burgers, LLC*

**VIA ECF**
All counsel of record