## CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 8/14/2025                    **Time in Court:** 11:00 – 11:30

**Docket Number:** 25-cv-1929

**Case Title:** Feliciano, et al. v. JPJ Franklin LLC, et al.

**Court Reporter:** N/A                    **FTR Log:** # RER Webex Audio

**Law Clerk:** MQF

**Plaintiff(s)/Petitioner represented by:** Kessler Matura by Garrett Kaske; Werman Salas P.C. by Sally J. Abrahamson


**Defendant(s)/Respondent represented by:** Sage Legal LLC by Emanuel Kataev


**Type of Hearing Held:** Premotion Hearing

**Pending Motion(s):** N/A

**TEXT:**

Case called. Garrett Kaske and Sally Abrahamson appeared for Plaintiffs. Emanuel Kataev appeared for Defendants. Discussions held. Defendants' motion to dismiss is deemed to be made and is denied. The parties shall attend an Initial Conference before Magistrate Judge Eshkenazi at the day and time selected by Judge Eshkenazi. Contact the E.S.R., Dept. at (718) 613-2590 to order the transcript.