Case Name: Feliciano, et ano. v. JPJ Franklin LLC, et al.   Case Number: 25-CV-1929 (RER) (CHK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 9/9/2025 |
| 2. Rule 26(a)(1) disclosures exchanged | | | 9/16/2025 |
| 3. Requested: | | | |
|     a. Medical records authorization | | X | |
|     b. CPL § 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5. Confidentiality Order to be submitted for court approval (see form Confidentiality Order on the Chambers website) | | To be discussed further as discovery proceeds. | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 11/7/2025 |
| 2. Defendant to make settlement offer | | | 11/21/2025 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | Yes 1/15/2026 |
| 4. Settlement Conference (proposed date) | | | If mediation fails 2/18/2026 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 11/21/2025 |
| 2. Motion to amend pleadings | | | 11/21/2025 |
| 3. Initial documents requests and interrogatories | | | 9/26/2025 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 3/27/2026 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 4/10/2026 |

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 6. Expert discovery (only if needed) | | | *Check here if not applicable* ✓ | |
| Plaintiff expert proposed field(s) of expertise: | Plaintiffs do not anticipate needing an expert. | | | |
| Defendant expert proposed field(s) of expertise: | Defendants do not anticipate needing an expert, but reserve their right to do so pursuant to the Federal Rules of Civil Procedure | | | |
| a. Affirmative expert reports due | | | X | |
| b. Rebuttal expert reports due | | | X | |
| c. Depositions of experts to be completed | | | X | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | X | |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | | 4/10/2026 |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | | 5/22/2026 or 30 days after Rule 23 class certification is decided |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion or class certification motion is filed) | | | | 6/5/2026 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | | ☐ Yes<br>■ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | | ☐ Yes<br>■ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | 10/31/2025 |
| a. Response due | | | 11/14/2025 |
| b. Reply due | | | 11/21/2025 |
| 2. Motion for Rule 23 class certification | | | 4/24/2026 |
| a. Response due | | | 5/15/2025 |
| b. Reply due | | | 5/22/2025 |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____
**CLAY H. KAMINSKY**                              **Date**
United States Magistrate Judge