UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INEZLEE FELICIANO and AMANDA CARDONA,

                        Plaintiffs,

      -against-

JPJ FRANKLIN LLC, PENN BURGERS, LLC, and
SUNRISE BURGERS, LLC,

                       Defendants.
-----------------------------------------------------------------X

**Case No.: 1:25-cv-1929 (RER) (LKE)**

**ANSWER**

      Defendants JPJ FRANKLIN LLC, PENN BURGERS, LLC, and SUNRISE BURGERS, LLC (collectively hereinafter the "Defendants"), by and through their attorneys, Sage Legal LLC, hereby answers the Complaint of Plaintiffs INEZLEE FELICIANO and AMANDA CARDONA, on behalf of themselves and all others similarly situated (collectively hereinafter the "Plaintiffs"), as follows:

## AS TO "NATURE OF THE ACTION"

      1.      Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 1 of the Complaint.

      2.      Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 2 of the Complaint.

      3.      Defendants deny Plaintiffs' allegations contained in ¶ 3 of the Complaint.

      4.      Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 4 of the Complaint.

      5.      Defendants deny Plaintiffs' allegations contained in ¶ 5 of the Complaint.

      6.      Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 6 of the Complaint.

7. Defendants deny Plaintiffs' allegations contained in ¶ 7 of the Complaint.

## AS TO "THE PARTIES"

### AS TO "*Plaintiff Feliciano*"

8. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 8 of the Complaint.

9. Defendants deny Plaintiffs' allegations contained in ¶ 9 of the Complaint.

10. ¶ 10 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 10 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

11. ¶ 11 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 11 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

12. ¶ 12 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 12 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

13. ¶ 13 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 13 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

14. ¶ 14 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 14 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

15. ¶ 15 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 15 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

16. Defendants deny Plaintiffs' allegations contained in ¶ 16 of the Complaint.

17. Defendants deny Plaintiffs' allegations contained in ¶ 17 of the Complaint.

18. Defendants deny Plaintiffs' allegations contained in ¶ 18 of the Complaint.

19. Defendants deny Plaintiffs' allegations contained in ¶ 19 of the Complaint.

20. Defendants deny Plaintiffs' allegations contained in ¶ 20 of the Complaint.

21. Defendants deny Plaintiffs' allegations contained in ¶ 21 of the Complaint.

22. Defendants deny Plaintiffs' allegations contained in ¶ 22 of the Complaint.

23. Defendants deny Plaintiffs' allegations contained in ¶ 23 of the Complaint.

24. Defendants deny Plaintiffs' allegations contained in ¶ 24 of the Complaint.

25. Defendants deny Plaintiffs' allegations contained in ¶ 25 of the Complaint.

26. Defendants deny Plaintiffs' allegations contained in ¶ 26 of the Complaint.

**AS TO "*Plaintiff Cardona*"**

27. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in ¶ 27 of the Complaint.

28. Defendants deny Plaintiffs' allegations contained in ¶ 28 of the Complaint.

29. ¶ 29 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 29 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

30. ¶ 30 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 30 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

31. ¶ 31 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 31 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

32. Defendants deny Plaintiffs' allegations contained in ¶ 32 of the Complaint.

33. Defendants deny Plaintiffs' allegations contained in ¶ 33 of the Complaint.

34. Defendants deny Plaintiffs' allegations contained in ¶ 34 of the Complaint.

35. Defendants deny Plaintiffs' allegations contained in ¶ 35 of the Complaint.

36. Defendants deny Plaintiffs' allegations contained in ¶ 36 of the Complaint.

**AS TO "*Defendant JPJ Franklin LLC*"**

37. Defendants deny Plaintiffs' allegations contained in ¶ 37 of the Complaint.

38. Defendants admit Plaintiffs' allegations contained in ¶ 38 of the Complaint.

39. Defendants deny Plaintiffs' allegations contained in ¶ 39 of the Complaint.

40. ¶ 40 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 40 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

41. ¶ 41 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 41 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

42. ¶ 42 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 42 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

43. ¶ 43 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 43 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

44. Defendants deny Plaintiffs' allegations contained in ¶ 44 of the Complaint.

**AS TO "*Defendant Penn Burgers, LLC*"**

45. Defendants deny Plaintiffs' allegations contained in ¶ 45 of the Complaint.

46. Defendants admit Plaintiffs' allegations contained in ¶ 46 of the Complaint.

47. Defendants deny Plaintiffs' allegations contained in ¶ 47 of the Complaint.

48. ¶ 48 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 48 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

49. ¶ 49 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 49 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

50. ¶ 50 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 50 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

51. ¶ 51 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 51 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

**AS TO "*Defendant Sunrise Burgers, LLC*"**

52. Defendants deny Plaintiffs' allegations contained in ¶ 52 of the Complaint.

53. Defendants deny Plaintiffs' allegations contained in ¶ 53 of the Complaint.

54. Defendants deny Plaintiffs' allegations contained in ¶ 54 of the Complaint.

55. ¶ 55 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 55 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

56. ¶ 56 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 56 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

57. ¶ 57 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 57 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

58. ¶ 58 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 58 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

**AS TO "*Defendants*"**

59. Defendants deny Plaintiffs' allegations contained in ¶ 59 of the Complaint.

60. Defendants deny Plaintiffs' allegations contained in ¶ 60 of the Complaint.

61. Defendants deny Plaintiffs' allegations contained in ¶ 61 of the Complaint.

62. Defendants deny Plaintiffs' allegations contained in ¶ 62 of the Complaint.

63. Defendants deny Plaintiffs' allegations contained in ¶ 63 of the Complaint.

64. Defendants deny Plaintiffs' allegations contained in ¶ 64 of the Complaint.

65. Defendants deny Plaintiffs' allegations contained in ¶ 65 of the Complaint.

66. Defendants deny Plaintiffs' allegations contained in ¶ 66 of the Complaint.

67. Defendants deny Plaintiffs' allegations contained in ¶ 67 of the Complaint.

68. Defendants deny Plaintiffs' allegations contained in ¶ 68 of the Complaint.

69. Defendants deny Plaintiffs' allegations contained in ¶ 69 of the Complaint.

70. Defendants deny Plaintiffs' allegations contained in ¶ 70 of the Complaint.

71. Defendants deny Plaintiffs' allegations contained in ¶ 71 of the Complaint.

72. Defendants deny Plaintiffs' allegations contained in ¶ 72 of the Complaint.

73. Defendants deny Plaintiffs' allegations contained in ¶ 73 of the Complaint.

74. ¶ 74 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 74 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

75. ¶ 75 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 75 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

## AS TO "JURISDICTION AND VENUE"

76. ¶ 76 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 76 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

77. ¶ 77 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 77 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

78. ¶ 78 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 78 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

## AS TO "FLSA COLLECTIVE ACTION ALLEGATIONS"

79. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 79 of the Complaint.

80. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 80 of the Complaint.

81. ¶ 81 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 81 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

82. Defendants deny Plaintiffs' allegations contained in ¶ 82 of the Complaint.

83. Defendants deny Plaintiffs' allegations contained in ¶ 83 of the Complaint.

84. Defendants deny Plaintiffs' allegations contained in ¶ 84 of the Complaint.

85. Defendants deny Plaintiffs' allegations contained in ¶ 85 of the Complaint.

86. Defendants deny Plaintiffs' allegations contained in ¶ 86 of the Complaint.

## AS TO "NYLL CLASS ALLEGATIONS"

87. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 87 of the Complaint.

88. Defendants deny Plaintiffs' allegations contained in ¶ 88 of the Complaint.

89. Defendants deny Plaintiffs' allegations contained in ¶ 89 of the Complaint.

90. Defendants deny Plaintiffs' allegations contained in ¶ 90 of the Complaint.

91. Defendants deny Plaintiffs' allegations contained in ¶ 91 of the Complaint.

92. Defendants deny Plaintiffs' allegations contained in ¶ 92 of the Complaint.

93. Defendants deny Plaintiffs' allegations contained in ¶ 93 of the Complaint.

94. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 94 of the Complaint.

95. Defendants deny Plaintiffs' allegations contained in ¶ 95 of the Complaint.

96. ¶ 96 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 96 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

97. ¶ 97 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 97 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

98. Defendants deny Plaintiffs' allegations contained in ¶ 98 of the Complaint.

99. Defendants deny Plaintiffs' allegations contained in ¶ 99 of the Complaint.

100. Defendants deny Plaintiffs' allegations contained in ¶ 100 of the Complaint.

101. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 101 of the Complaint.

102. Defendants deny Plaintiffs' allegations contained in ¶ 102 of the Complaint.

103. Defendants deny Plaintiffs' allegations contained in ¶ 103 of the Complaint.

### AS TO "FAIR WORKWEEK CLASS ALLEGATIONS"

104. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 104 of the Complaint.

105. Defendants deny Plaintiffs' allegations contained in ¶ 105 of the Complaint.

106. Defendants deny Plaintiffs' allegations contained in ¶ 106 of the Complaint.

107. Defendants deny Plaintiffs' allegations contained in ¶ 107 of the Complaint.

108. Defendants deny Plaintiffs' allegations contained in ¶ 108 of the Complaint.

109. ¶ 109 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 109 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

110. ¶ 110 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 110 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

111. Defendants deny Plaintiffs' allegations contained in ¶ 111 of the Complaint.

### AS TO "FIRST CAUSE OF ACTION
### FLSA – Failure to Pay Timely Wages (Brought on behalf of Plaintiff Feliciano and the FLSA Collective)"

112. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein, and otherwise deny the allegations of ¶ 112.

113. ¶ 113 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 113 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

114. ¶ 114 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 114 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

115. Defendants deny Plaintiffs' allegations contained in ¶ 115 of the Complaint.

116. Defendants deny Plaintiffs' allegations contained in ¶ 116 of the Complaint.

117. Defendants deny Plaintiffs' allegations contained in ¶ 117 of the Complaint.

118. Defendants deny Plaintiffs' allegations contained in ¶ 118 of the Complaint.

119. Defendants deny Plaintiffs' allegations contained in ¶ 119 of the Complaint.

120. Defendants deny Plaintiffs' allegations contained in ¶ 120 of the Complaint.

121. ¶ 121 of the Complaint states a legal conclusion to which no response is required. To the extent that ¶ 121 sets forth any allegations of fact to which a response is required, Defendants deny those allegations.

122. Defendants deny Plaintiffs' allegations contained in ¶ 122 of the Complaint.

123. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 123 of the Complaint.

### AS TO "SECOND CAUSE OF ACTION
### NYLL – Failure to Provide Timely Wage Payments (Brought on behalf of the Plaintiffs and the NYLL Class)"

124. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein, and otherwise deny the allegations of ¶ 124.

125. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 125 of the Complaint.

126. Defendants deny Plaintiffs' allegations contained in ¶ 126 of the Complaint.

127. Defendants deny Plaintiffs' allegations contained in ¶ 127 of the Complaint.

### AS TO "THIRD CAUSE OF ACTION
### Fair Workweek Law - Failure to Provide Advance Notice of Work Schedules (Brought on behalf of Plaintiff Feliciano and the Fair Workweek Class)"

128. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein, and otherwise deny the allegations of ¶ 128.

129. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 129 of the Complaint.

130. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 130 of the Complaint.

131. Defendants deny Plaintiffs' allegations contained in ¶ 131 of the Complaint.

132. Defendants deny Plaintiffs' allegations contained in ¶ 132 of the Complaint.

### AS TO "FOURTH CAUSE OF ACTION
### Fair Workweek Law - Failure to Provide Schedule Change Premiums (Brought on behalf of Plaintiff Feliciano and the Fair Workweek Class)"

133. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein, and otherwise deny the allegations of ¶ 133.

134. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 134 of the Complaint.

135. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 135 of the Complaint.

136. Defendants deny Plaintiffs' allegations contained in ¶ 136 of the Complaint.

137. Defendants deny Plaintiffs' allegations contained in ¶ 137 of the Complaint.

### AS TO "FIFTH CAUSE OF ACTION
### Fair Workweek Law - Failure to Offer Newly Available Shifts to Existing Employees (Brought on behalf of Plaintiff Feliciano and the Fair Workweek Class)"

138. Defendants incorporate by reference their responses to all preceding paragraphs as if fully set forth herein, and otherwise deny the allegations of ¶ 138.

139. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 139 of the Complaint.

140. Defendants admit that Plaintiffs make certain allegations concerning the basis of their claims, but deny that Plaintiffs are entitled to any relief as set forth in ¶ 140 of the Complaint.

141. Defendants deny Plaintiffs' allegations contained in ¶ 141 of the Complaint.

142. Defendants deny Plaintiffs' allegations contained in ¶ 142 of the Complaint.

## DEFENDANTS' AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

143. Plaintiffs' claims, in whole or in part, fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

144. Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

145. Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, laches, estoppel, and/or unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

146. Defendants have met and satisfied any and all obligations to Plaintiffs and, therefore, this action is barred, in whole or in part, by the doctrine of accord and satisfaction.

### FIFTH AFFIRMATIVE DEFENSE

147. Plaintiffs' claims for damages are barred, in whole or in part, by Plaintiffs' failure to mitigate damages.

### SIXTH AFFIRMATIVE DEFENSE

148. The allegations of the Complaint are insufficient to entitle Plaintiffs to an award of attorneys' fees.

### SEVENTH AFFIRMATIVE DEFENSE

149. Defendants deny that Plaintiffs sustained any damages and denies that it proximately caused any of the damages claimed by Plaintiffs.

## EIGHTH AFFIRMATIVE DEFENSE

150. Plaintiffs did not suffer any concrete harm.

## NINTH AFFIRMATIVE DEFENSE

151. Plaintiffs cannot recover from Defendants to the extent that any damages that he may have suffered, which the Defendants nonetheless deny, directly and/or proximately resulted from Plaintiffs' acts and/or omissions.

## TENTH AFFIRMATIVE DEFENSE

152. Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have not suffered any actual damages.

## ELEVENTH AFFIRMATIVE DEFENSE

153. Plaintiffs' claims for punitive damages is improper because such damages are not available under the FLSA or NYLL. Additionally, Defendants state that while they do not believe Plaintiff has stated a claim for punitive damages, even if Plaintiffs prove an entitlement to any such punitive damage award, Defendants are entitled to the affirmative defense that any such award comport with the Due Process clause under the Constitution of the United States of America.

## TWELFTH AFFIRMATIVE DEFENSE

154. At all times relevant, Defendants acted reasonably and in good faith and without any malice or intent to injure Plaintiffs or to violate applicable federal and/or state law.

## THIRTEENTH AFFIRMATIVE DEFENSE

155. Plaintiffs' claims fail to the extent that they are preempted by federal law.

## FOURTEENTH AFFIRMATIVE DEFENSE

156. Defendants are not joint employers.

## FIFTEENTH AFFIRMATIVE DEFENSE

157. Plaintiffs cannot recover from Defendants to the extent that any damages that he may have suffered, which Defendants nonetheless deny, have been and/or will be proximately caused, in whole or in part, by the negligent, willful, or tortious acts and/or omissions of persons or entities over whom Defendants had no control, and for whose conduct Defendants are not responsible, which bars or diminishes any recovery by Plaintiffs against Defendants.

## SIXTEENTH AFFIRMATIVE DEFENSE

158. Defendants are entitled to set off from any recovery any amount owed by Plaintiffs or otherwise recovered by Plaintiffs for the same alleged injuries.

## SEVENTEENTH AFFIRMATIVE DEFENSE

159. Plaintiffs are not entitled to an award of any damages, including but not limited to compensatory damages, liquidated damages, or attorneys' fees.

## EIGHTEENTH AFFIRMATIVE DEFENSE

160. Defendants have at all times acted in good faith compliance with applicable law. The actions of Defendants, as alleged in the Plaintiffs' complaint, were undertaken in good faith and justified by legitimate business purposes, with the absence of injury to the Plaintiffs, and constituted lawful, proper and justified activities. Additionally, any violation of law, which Defendants deny, were not intentional and resulted, if at all, from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such errors.

## NINETEENTH AFFIRMATIVE DEFENSE

161. Defendants reserve the right pending completion of discovery to assert any additional defenses that may exist.

## TWENTIETH AFFIRMATIVE DEFENSE

162. Defendants reserve the right to seek their reasonable attorneys' fees and costs in the event the Court deems Plaintiffs' action was brought in bad faith and for the purpose of harassing Defendants.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

163. Plaintiffs' claims are barred by the election of remedies doctrine.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

164. Plaintiffs have been paid all monies owed to them..

## TWENTY-THIRD AFFIRMATIVE DEFENSE

165. Plaintiffs lack standing to initiate and/or maintain this action.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

166. Plaintiffs' claims fail, in whole or in part, to the extent they are brought on behalf of other individuals. Plaintiffs have not met, and cannot meet, the requirements for proceeding as a collective action under 29 U.S.C. § 216(b) or as a class action under Federal Rule of Civil Procedure 23, including but not limited to the requirements of typicality, commonality, adequacy, and numerosity.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

167. To the extent Plaintiffs have already received wages, compensation, settlement payments, or other recovery for the same alleged injuries, Defendants are entitled to a set-off or credit against any damages awarded in this action, in order to prevent a double recovery.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

168. Any claim for uncompensated work time is barred, in whole or in part, under the de minimis doctrine, as any such time was insubstantial or administratively impractical to record and therefore not compensable under the FLSA or NYLL.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

169. Defendants deny that they were Plaintiffs' "employer" within the meaning of the FLSA, NYLL, or any other applicable law. To the extent Plaintiffs seek to impose liability on Defendants for actions of other entities or individuals, Defendants deny that they exercised the requisite control over Plaintiffs' employment to be held liable.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

170. Plaintiffs lack standing to pursue claims on behalf of other individuals who are not similarly situated to them under the FLSA, or who cannot satisfy the requirements of Rule 23 under the NYLL. Plaintiffs may not recover damages on behalf of putative collective or class members absent proper certification and opt-in procedures as required by law.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

171. Although Defendants deny that they owe any alleged unpaid wages or other amounts to Plaintiffs, if it is determined that such monies are owed, then Defendants assert that at all times relevant to this action a reasonable good faith dispute existed as to whether such wages or other amounts were owed.

### THIRTIETH AFFIRMATIVE DEFENSE

172. This action is barred, in whole or in part, as to all the hours allegedly worked by Plaintiffs that were not reported in accordance with any applicable policies or procedures.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

173. This action is barred, in whole or in part as to all hours allegedly worked by Plaintiffs of which Defendants lacked actual or constructive knowledge.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

174. Plaintiffs were not employed by all Defendants.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

175. Plaintiffs' claims are unable to be brought as a class action.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

176. The potential class is not numerous.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

177. The questions of law or fact are not common to the potential class.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

178. The claims or defenses of the parties are not typical of the claims or defenses of the potential class.

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

179. The interests of the potential class will not be fairly and adequately protected.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

180. The Plaintiffs are not an adequate representative of the putative class members.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

181. Plaintiffs are not similarly situated with those they allege are potential members of a collective action.

### FORTIETH AFFIRMATIVE DEFENSE

181. Plaintiffs' claims are barred to the extent they petitioned for bankruptcy either under Chapter 7 or Chapter 13 of the United States bankruptcy code, yet failed to disclose potential claims against Defendants as required under applicable bankruptcy laws.

### FORTY-FIRST AFFIRMATIVE DEFENSE

181. Plaintiffs' counsel is inadequate to serve as class counsel.

### DEFENDANTS' DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant demands a trial by jury on all questions of fact raised in this case.

**WHEREFORE**, Defendants pray that the Court dismiss the Complaint in its entirety, including each and every demand and prayer for relief contained in the Complaint, and grant such other and further relief this honorable Court deems just, equitable, and proper.

Dated: Jamaica, New York
September 25, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*JPJ Franklin LLC*
*Penn Burgers, LLC and*
*Sunrise Burgers, LLC*

**VIA ECF**
All counsel of record