

October 6, 2025

<u>**Via ECF**</u>
Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Feliciano, et al. v. JPJ Franklin LLC, et al.*
       *No. 1:25 Civ. 1929 (RER)(CHK)*

Dear Judge Kaminsky:

Together with Werman Salas P.C., we represent Plaintiffs in the above-captioned matter. Pursuant to the Court's September 18, 2025 Minute Order, we write jointly with Defendants to provide a status update. Defendants will produce discovery responses and documents responsive to Plaintiffs' discovery requests on October 9, 2025. Plaintiffs will then prepare and provide a settlement demand to Defendants by October 17, 2025.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record