

October 25, 2025

**Via ECF**
Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Feliciano, et al. v. JPJ Franklin LLC, et al.*
     No. 1:25 Civ. 1929 (RER)(LKE)

Dear Judge Kaminsky:

  Together with Werman Salas P.C., we represent Plaintiffs in the above-captioned matter. Pursuant to the Court's Status Report Order of October 8, we write jointly with Defendants to provide a status update. The parties have reached a settlement in principle, subject to a fully written agreement containing all material terms to be worked out.

  As such, we request 30 days' leave to either submit the settlement to *Cheeks* approval or submit an accepted offer of judgement. So the parties can focus on the written agreement, we respectfully request that the Court adjourn the outstanding discovery and motion deadlines without date.

  Thank you for the Court's continued attention to this matter.

                   Respectfully submitted,

                   Garrett Kaske

cc: Counsel of Record