**KESSLER MATURA**

November 25, 2025

<u>**Via ECF**</u>

Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    ***Feliciano v. JPJ Franklin LLC, et al.*,**
                **No. 1:25 Civ. 1929 (RER) (CHK)**

Dear Judge Kaminsky:

      Together with Werman Salas P.C., we represent Plaintiffs in the above-captioned matter. We write jointly with Defendants in this matter.  On October 25, 2025, the Parties informed the Court that they had reached a settlement in principle.  *See* ECF No. 17.  On October 27, the Court directed the Parties to file their motion for approval of the settlement by November 26.

      The Parties have continued to negotiate the final terms and require an additional two weeks—until December 10—to finalize the agreement.  Accordingly, the Parties respectfully request that the Court extend the November 26, deadline to December 10.  This is the Parties' first request for an extension.

                          Sincerely,

                          Garrett Kaske

cc:      Counsel of Record (via ECF)