**KESSLER MATURA**

December 10, 2025

<u>Via ECF</u>
Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Feliciano v. JPJ Franklin LLC, et al.*,
     No. 1:25 Civ. 1929 (RER) (CHK)

Dear Judge Kaminsky:

  Together with Werman Salas P.C., we represent Plaintiffs in the above-captioned matter. We write jointly with Defendants in this matter to request some additional time to close out this case. On October 25, 2025, the Parties informed the Court that they had reached a settlement in principle. *See* ECF No. 17. On October 27, the Court directed the Parties to file their motion for approval of the settlement by November 26. The Parties requested that the Court extend that deadline to December 10, which the Court granted. *See* ECF No. 18.

  Counsel have negotiated the terms of the settlement and drafted the papers associated with the dismissal of this action. The Parties seek this additional time for the Parties to review the papers with their respective counsel and execute the papers. Unfortunately, this has taken longer than anticipated when we last updated the Court, as counsel has recently learned that a Party representative experienced a death in the family and resultant international travel.

  Counsel has conferred on how much additional time will be needed. Accordingly, the Parties respectfully request that the Court extend the deadline from December 10 to December 19. This is the Parties' second request for an extension.

  Thank you for your time and attention to this matter. We apologize that this request was not made at least three business days prior to today.

                 Sincerely,

                 Garrett Kaske

cc: Counsel of Record (via ECF)

KESSLER MATURA P.C. | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com