

December 19, 2025

**Via ECF**
Hon. Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Feliciano v. JPJ Franklin LLC, et al.*,
             No. 1:25 Civ. 1929 (RER) (CHK)

Dear Judge Kaminsky:

    Together with Werman Salas P.C., we represent Plaintiffs in the above-captioned matter. We write jointly with Defendants in this matter to request some additional time to close out this case. On October 25, 2025, the Parties informed the Court that they had reached a settlement in principle. *See* ECF No. 17. On October 27, the Court directed the Parties to file their motion for approval of the settlement by November 26. The Parties requested that the Court extend that deadline to December 10, which the Court granted. *See* ECF No. 18. The Parties requested a second extension on December 10, 2025, which the Court granted and ordered the Parties to file the settlement agreement and the joint settlement approval motion by December 19, 2025.

    The Parties have made substantial progress but need additional time to finalize the settlement agreement. The Parties respectfully request that the Court extend the deadline from December 19, 2025, to January 9, 2026. Although the Parties are scheduled to confer on outstanding issues with the settlement early next week, the additional time is to accommodate the Parties' and Counsel's travel schedules and holidays. This is the Parties' third request for an extension.

    Thank you for your time and attention to this matter. We apologize that this request was not made at least three business days prior to today.

                                                                 Sincerely,

                                                                 Garrett Kaske

cc:    Counsel of Record (via ECF)