UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
INEZLEE FELICIANO and AMANDA CARDONA, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

- against -

JPJ FRANKLIN LLC, PENN BURGERS, LLC, and SUNRISE BURGERS, LLC,

                      Defendants.

------------------------------------------------------------------------ X

**No.: 25 Civ. 1929 (RER)(CHK)**

### NOTICE OF ACCEPTANCE OF OFFER PURSUANT TO FED. R. CIV. P. 68

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs Inezlee Feliciano and Amanda Cardona accept Defendants' JPJ Franklin LLC and Penn Burgers, LLC's Offer of Judgment, dated January 9, 2026, attached as Exhibit A.

Dated: Melville, New York
       January 9, 2026

Respectfully submitted,

By: _____
    Garrett Kaske

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Phone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Sally J. Abrahamson
**WERMAN SALAS P.C.**
609 H Street NE, 4th Floor
Washington, D.C. 20002
Phone No.: (202) 830-2016
sabrahamson@flsalaw.com

*Attorneys for Plaintiffs*

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
INEZLEE FELICIANO and AMANDA CARDONA, on : behalf of themselves and all others similarly situated, :
: **No.: 25-cv-1929 (RER) (CHK)**
Plaintiffs, :
- against - :
: **OFFER OF JUDGEMENT**
JPJ FRANKLIN LLC, PENN BURGERS, LLC, and :
SUNRISE BURGERS, LLC, :
:
Defendants. :
------------------------------------------------------------------------ X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), Defendants JPJ FRANKLIN LLC and PENN BURGERS, LLC, , by their attorneys Sage Legal LLC, hereby offer to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiffs INEZLEE FELICIANO and AMANDA CARDONA (in the sum of Thirty Four Thousand Dollars and Zero Cents ($34,000.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiffs. The amount paid to Plaintiffs shall be inclusive of all damages, liquidated damages, and interest in full and final resolution of all of Plaintiffs' claims against Defendants arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action.  If Plaintiffs accept this Offer of Judgment, the only payment due from Defendants in full resolution of this action shall be $34,000.00.

      This Offer of Judgment is made for the purposes specified in Rule 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of any Defendant or an admission that Plaintiffs have suffered any damages or are in any way entitled to recovery of any sums, but rather is made solely for the purpose of compromising a disputed claim.

Acceptance of this Offer of Judgment will act to fully and finally release and discharge Defendants, including any of their successors, predecessors, affiliated entities, and all past and present owners, board members, directors, employees, representatives, insurers, agents, and assigns from any and all claims that were or could have been alleged by Plaintiffs in the above-referenced action, including all claims made pursuant to the Fair Labor Standards Act, New York Labor Law, the New York Labor Law, and the Fair Workweek Law, arising out of Plaintifs' employment with Defendants.  This Offer of Judgment is made pursuant to the provisions of Rule 68 and shall be deemed withdrawn unless Plaintiffs serve written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except in any proceeding to enforce its terms.

Dated:  Jamaica, New York  
        January 9, 2026

By: */s/ Emanuel Kataev, Esq.*  
    Emanuel Kataev, Esq.  
    Sage Legal LLC  
    18211 Jamaica Avenue  
    Jamaica, NY 11423-2327  
    (718) 412-2421 (office)  
    emanuel@sagelegal.nyc

    *Attorneys for Defendants*

TO:   Troy L. Kessler, Garrett Kaske  
**KESSLER MATURA P.C.**  
534 Broadhollow Road, Suite 275  
Melville, NY 11747  
Phone: (631) 499-9100  
tkessler@kesslermatura.com  
gkaske@kesslermatura.com

Sally J. Abrahamson  
**WERMAN SALAS P.C.**  
609 H Street NE, 4th Floor  
Washington, D.C. 20002  
Phone No.: (202) 830-2016  
sabrahamson@flsalaw.com

*Attorneys for Plaintiffs*