UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
INEZLEE FELICIANO and AMANDA CARDONA, on behalf of themselves and all others similarly situated,

          Plaintiffs,

  - against -

JPJ FRANKLIN LLC, PENN BURGERS, LLC, and SUNRISE BURGERS, LLC,

          Defendants.
------------------------------------------------------------------------- X

No.: 25 Civ. 1929 (RER)(CHK)

## CERTIFICATE OF SERVICE FOR OFFER PURSUANT TO FED. R. CIV. P. 68

The undersigned counsel for Plaintiffs certifies that on January 9, 2026, I was served with the Offer of Judgement attached as Exhibit A to ECF No. 21 from Defendants' Counsel, and returned an executed Notice of Acceptance of Offer Pursuant to Fed. R. Civ. P. 68 (ECF No. 21) via email to the following counsel for Defenadnts:  Emanuel Kataev, Esq., Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY 1142-2327, emanuel@sagelegal.nyc.

Dated:  Melville, New York
   January 14, 2026

Respectfully submitted,

By: _____
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Phone: (631) 499-9100
gkaske@kesslermatura.com
*Attorneys for Plaintiffs*