UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
INEZLEE FELICIANO and AMANDA CARDONA, on
behalf of themselves and all others similarly situated,

          No.: 25-cv-1929 (RER) (CHK)

        Plaintiffs,

- against -

JPJ FRANKLIN LLC, PENN BURGERS, LLC, and
SUNRISE BURGERS, LLC,

        Defendants.
------------------------------------------------------------------------ X

## STIPULATION AND [PROPOSED] ORDER DISMISSING
## DEFENDANT SUNRISE BURGER, LLC WITHOUT PREJUDICE

Plaintiff and Defendant (together, the "Parties"), by and through their respective attorneys, hereby jointly stipulate as follows:

1. WHEREAS, Plaintiffs resolved their claims with Defendants JPJ Franklin LLC ("JPJ") and Penn Burgers, LLC ("Penn"), by way of accepting these defendants' offer of judgment, and the relevant parties thereto docketed the Notice of Acceptance with Offer of Judgement on January 12, 2026 (ECF No. 21), and a related proof of service on January 14, 2026 (ECF No. 22).

2. WHEREAS, Plaintiffs neither worked for Defendant Sunrise Burgers, LLC ("Sunrise") nor worked at the Checkers restaurant operated by Sunrise.

3. WHEREAS, Plaintiffs and Sunrise have not entered into a settlement of FLSA claims that would require approval before dismissal. *See, e.g., Ramos v. 98th. St. Auto Serv. Inc.*, No. 21 Civ. 6429, 2023 WL 2969301, at *2 (E.D.N.Y. Mar. 2, 2023) ("If an FLSA settlement does not exist, the court should so-order the notice of dismissal.").

4. WHEREAS, as a result, the entirety of this case can be terminated upon the so ordering of this stipulation, dismissing Sunrise, and entry of the Rule 68 judgment against

Doc ID: 4b1744ca43e96ea70edfb6191c2b6fb651e11aa1

Defendants JPJ and Penn . *See Martinez-Cazares v. Gold Edge Contractors Inc.*, No. 21 Civ. 6463, 2022 WL 17820140, at *2 (E.D.N.Y. May 27, 2022) ("Rule 68(a) judgments are not at all like those private settlements that are subject to *Cheeks* review; they are publicly-filed, stipulated judgments." (cleaned up)).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties in the above-captioned case through their respective undersigned counsel, as to be ordered by the Court, that in accordance with Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Sunrise are dismissed without prejudice, with each party to bear its or her own fees and costs.

| Dated: January 30, 2026 | Dated: January 30, 2026 |
|---|---|
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
| *Garrett Kaske* | *Emanuel Kataev, Esq.* |
| Garrett Kaske | Emanuel Kataev, Esq. |
| **Kessler Matura P.C.** | **Sage Legal LLC** |
| 534 Broadhollow Road, Suite 275 | 18211 Jamaica Avenue |
| Melville, NY 11747 | Jamaica, New York 11423 |
| (631) 499-9100 | (718) 412-2421 (office) |
| gkaske@kesslermatura.com | emanuel@sagelegal.nyc |

**SO ORDERED**

/s/ Ramón E. Reyes, Jr.
Hon. Ramon E. Reyes, Jr., U.S.D.J.
United States District Judge

Doc ID: 4b1744ca43e96ea70edfb6191c2b6fb651e11aa1