UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INEZLEE FELICIANO and AMANDA
CARDONA, on behalf of themselves and
all others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | JUDGMENT |
| v. | 25-cv-1929-RER-CHK |

JPJ FRANKLIN LLC, PENN BURGERS, LLC,
and SUNRISE BURGERS, LLC,

                            Defendants.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 9, 2026; and Defendants, JPJ FRANKLIN LLC and PENN BURGERS, LLC, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs NEZLEE FELICIANO and AMANDA CARDONA, in the sum of Thirty Four Thousand Dollars and Zero Cents ($34,000.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiffs; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs NEZLEE FELICIANO and AMANDA CARDONA, and against Defendants, JPJ FRANKLIN LLC and PENN BURGERS, LLC, in the sum of Thirty Four Thousand Dollars and Zero Cents ($34,000.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date and apportioned to the legal representation of Plaintiffs.

Dated: Brooklyn, New York                    Brenna B. Mahoney
          February 5, 2026                        Clerk of Court

                                          By:    */s/Jalitza Poveda*
                                                   Deputy Clerk

1